# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL GILBERTO AGUILAR,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>DAVID B. LONG, Warden,[1]<br><br>　　　　Respondent. | Case No. CV 12-10926 MRW<br><br>JUDGMENT |

Pursuant to this Court's Order,

IT IS ADJUDGED that the action is DISMISSED. Grounds One and Three of the petition are dismissed with prejudice. Ground Two is dismissed without prejudice.

DATED: June 6, 2013

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

---

[1] David B. Long is substituted for the original respondent per Petitioner's request and Rule 25(d).